CADES SCHUTTE LLP

PETER W. OLSON   #3468-0
1000 Bishop Street, 12th Floor
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200

Attorney for Defendant
Fleetwood Aluminum Products, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEMINI INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FLEETWOOD ALUMINUM PRODUCTS, INC.,<br><br>　　　　　Defendant. | Civil No. 11-00143 SOM/KSC<br>(Contract)<br><br>STIPULATION TO CONSOLIDATE RELATED CASES and ORDER |
| HDI-GERLING AMERICA INSURANCE COMPANY, successor in interest to GERLING AMERICA INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FLEETWOOD ALUMINUM PRODUCTS, INC.,<br><br>　　　　　Defendant. | Civil No. 11-00191 DAE/RLP<br>(Declaratory Judgment) |

## STIPULATION TO CONSOLIDATE RELATED CASES

Pursuant to Fed. R. Civ. P. 42, the parties to the above-referenced cases, through their undersigned counsel, stipulate and agree to the consolidation of <u>Gemini Insurance Company v. Fleetwood Aluminum Products, Inc.</u>, Civil No. 11-00143 SOM/KSC; and <u>HDI-Gerling American Insurance Company, successor in interest to Gerling American Insurance Company v. Fleetwood Aluminum Products, Inc.</u>, Civil No. 11-00191 DAE/RLP. These cases have common issues of fact and law and arise from the same operative facts. The actions are consolidated for all purposes.

DATED: Honolulu, Hawaii, August 10, 2011

       [original signed by Peter W. Olson]
       PETER W. OLSON
       Attorney for Defendant
       Fleetwood Aluminum Products, Inc.

       [original signed by J. Patrick Gallagher]
       J. PATRICK GALLAGHER
       Attorney for Plaintiff
       Gemini Insurance Company

       [original signed by Wesley H.H. Ching]
       WESLEY H.H. CHING
       Attorney for Plaintiff
       HDI-Gerling America Insurance Company

Dated: Honolulu, Hawaii, August 11, 2011.

APPROVED AND SO ORDERED:



_____
Kevin S.C. Chang
United States Magistrate Judge

_____
Gemini Insurance Company v. Fleetwood Aluminum Products, Inc., Civil No. 11-00143 SOM/KSC; and HDI-Gerling American Insurance Company, successor in interest to Gerling American Insurance Company v. Fleetwood Aluminum Products, Inc., Civil No. 11-00191 DAE/RLP; STIPULATION TO CONSOLIDATE RELATED CASES AND ORDER

3