GALLAGHER KANE AMAI
A Law Corporation

J. PATRICK GALLAGHER  3417-0
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. (808) 531-2023

Attorneys for Plaintiff
GEMINI INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEMINI INSURANCE COMPANY, | CIVIL NO. 11-00143 SOM-KSC |
| | (Contract) |
| Plaintiff, | |
| | STIPULATION FOR DISMISSAL |
| vs. | WITHOUT PREJUDICE OF ALL |
| | CLAIMS AGAINST ALL PARTIES |
| FLEETWOOD ALUMINUM PRODUCTS, INC., | AND ORDER |
| | |
| Defendant. | |
| | |
| HDI-GERLING AMERICA INSURANCE COMPANY, successor in interest to GERLING AMERICA INSURANCE COMPANY, an Illinois corporation, | CIVIL NO. 11-00191 SOM/KSC (Declaratory Judgment) |
| | |
| Plaintiff, | |
| | |
| v. | |

```
FLEETWOOD ALUMINUM         )
PRODUCTS, INC.,            )
                           )
            Defendant.     )
                           )
_____)
```

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST ALL PARTIES

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action without prejudice as to all claims and all parties, each party to bear their own costs and attorney's fees.

Trial was scheduled to commence on October 2, 2012.

There are no remaining parties and/or issues in this lawsuit. All appearing parties have signed this stipulation.

DATED:   Honolulu, Hawaii, __OCT - 2012_____.

_____/s/_____
J. PATRICK GALLAGHER
Attorney for Plaintiff
GEMINI INSURANCE COMPANY

_____/s/_____
WESLEY H.H. CHING
Attorney for Plaintiff
HDI-GERLING AMERICA
INSURANCE COMPANY

_____
PETER W. OLSON
Attorney for Defendant
FLEETWOOD ALUMINUM
PRODUCTS, INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST ALL PARTIES AND ORDER; *Gemini Insurance Company vs. Fleetwood Aluminum Products, Inc.*, Civil No.11-00143; *HDI-Gerling America Insurance Company vs. Fleetwood Aluminum Products, Inc.*, Civil No. 11-00191